UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN RANDOLPH WOOD, <br><br> Plaintiff, <br><br> v. <br><br> JACK MCCORMICK, et al., <br><br> Defendants. | No. 2:17-cv-0983 JAM CKD P <br><br><br> ORDER |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On May 29, 2018, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Jack McCormick was returned unserved because "no longer at address." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed May 10, 2017;

/////

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant McCormick;

    b. Two copies of the endorsed complaint filed May 10, 2017; and

    c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated: June 27, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/wood0983.8e

|   |   |
|---|---|
| 1  | |
| 2  | |
| 3  | |
| 4  | |
| 5  | |
| 6  | |
| 7  | |
| 8  | UNITED STATES DISTRICT COURT |
| 9  | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 10 | |

| | |
|---|---|
| BENJAMIN RANDOLPH WOOD | No. 2:17-cv-0983 JAM CKD P |
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| JACK MCCORMICK, et al., | |
| Defendants. | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

\_\_\_\_ completed summons form

\_\_1\_\_ completed USM-285 forms

\_\_2\_\_ copies of the \_\_\_\_May 10, 2017\_\_\_\_ Complaint

DATED:

_____
Plaintiff